\*\* E-filed January 9, 2012 \*\*

1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone: 650.988.8500
   Facsimile: 650.938.5200

6
   TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   555 California Street, 12th Floor
9  San Francisco, CA 94104
   Telephone: 415.875.2300
10 Facsimile: 415.281.1350

11 Attorneys for Defendant
   Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD SHUMATE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, a Delaware corporation,<br><br>Defendant. | Case No.: CV-11-06281<br><br>**STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br>(MODIFIED BY THE COURT) |

WHEREAS the above-referenced plaintiffs filed the above-captioned case;

WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act and other laws by the defendants in this case;

WHEREAS over 50 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular

1  telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is
2  or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

3  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to
4  transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings
5  pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or
6  consolidation have been filed, and plaintiffs and defendants anticipate that additional responses
7  will be filed;

8  WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended
9  complaints in the CIQ cases;

10 WHEREAS plaintiffs and defendant Carrier IQ have agreed that an orderly schedule for
11 any response to the pleadings in the CIQ cases would be more efficient for the parties and for the
12 Court;

13 WHEREAS plaintiffs agree that the deadline for defendant Carrier IQ to answer, move, or
14 otherwise respond to their complaint shall be extended until the earliest of the following dates: (1)
15 forty-five days after the filing of a consolidated amended complaint in the CIQ cases; or (2) forty-
16 five days after plaintiffs provide written notice to defendants that plaintiffs do not intend to file a
17 consolidated amended complaint; or (3) as otherwise ordered by this Court or the MDL transferee
18 court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date
19 in any of these cases, Carrier IQ will respond to the complaint in the above-captioned action on
20 that earlier date;

21 WHEREAS plaintiffs further agree that this extension is available, without further
22 stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs |in writing of
   <span style="color:red">and the court</span>
23 their intention to join this Stipulation;

24 WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense,
25 including but not limited to the defenses of lack of personal jurisdiction, subject matter
26 jurisdiction, improper venue, sufficiency of process or service of process;

27 WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation does
28 not constitute a waiver of any defense, including but not limited to the defenses of lack of

STIP RE CONTINUANCE OF TIME FOR
DEF. TO RESPOND TO COMPLAINT                2                              CV-11-06281

1  personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or
2  service of process; and

3      WHEREAS, plaintiffs and defendant Carrier IQ, as well as any defendant joining this
4  Stipulation, agree that preservation of evidence in the CIQ cases is vital, that defendants have
5  received litigation hold letters, that they are complying with and will continue to comply with all
6  of their evidence preservation obligations under governing law, and that that the delay brought
7  about by this Stipulation should not result in the loss of any evidence,

8      Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case
9  and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as
10 follows:

11     1. The deadline for Carrier IQ to answer, move, or otherwise respond to plaintiffs'
12 complaint shall be extended until the earliest of the following dates: forty-five days after the filing
13 of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide
14 written notice to defendant Carrier IQ that plaintiffs do not intend to file a Consolidated Amended
15 Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*,
16 however, that in the event that Carrier IQ should agree to an earlier response date in any of these
17 cases, except by court order, Carrier IQ will respond to the complaint in the above-captioned case
18 on that earlier date.

19     2. This extension is available, without further stipulation with counsel for plaintiffs,
20 to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

21     3. This Stipulation does not constitute a waiver by Carrier IQ or any other named
22 defendant joining the Stipulation of any defense, including but not limited to the defenses of lack
23 of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or
24 service of process.

25     4. As a condition of entry into this Stipulation, defendant Carrier IQ and any other
26 defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and
27 will continue to comply with all evidentiary preservation obligations under governing law.
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP RE CONTINUANCE OF TIME FOR
DEF. TO RESPOND TO COMPLAINT     3      CV-11-06281

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

DATED: December 29, 2011            KIESEL BOUCHER LARSON LLP

By /s/ Paul R. Kiesel
Paul R. Kiesel (119854)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Ph:  (310) 854-4444
Fax:  (310) 854-0812
kiesel@kbla.com

HORWITZ, HORWITZ & PARADIS
570 Seventh Avenue, 20th Floor
New York, NY 10018
Ph:  (212) 986-4500
Fax:  (212) 986-4501

*Attorneys for Plaintiff*

FENWICK & WEST LLP

By /s/ Tyler G. Newby
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

Rodger R. Cole (CSB NO. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB NO. 272950)
mmelcher@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Ph:   650.988.8500
Fax:  650.938.5200

*Attorneys for Defendant Carrier IQ, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP RE CONTINUANCE OF TIME FOR
DEF. TO RESPOND TO COMPLAINT
4
CV-11-06281

**CERTIFICATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.** In compliance with General Order 45.X.B, I hereby attest that Paul R. Kiesel has concurred in this filing.

DATED: December 29, 2011     By /s/ Tyler G. Newby
                                TYLER G. NEWBY (CSB No. 205790)
                                FENWICK & WEST LLP
                                555 California Street, 12th Floor
                                San Francisco, CA 94104
                                Ph: (415) 875-2300
                                Fax:  (415) 281-1350
                                tnewby@fenwick.com

25143/00401/SF/5371770.1

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD SHUMATE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, a Delaware corporation,<br><br>Defendant. | Case No.: CV-11-06281<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

Pursuant to stipulation, it is SO ORDERED.

Dated: January 9, 2012

_____
Honorable ~~Edward J. Davila~~
~~United States District Judge~~
Howard R. Lloyd
United States Magistrate Judge

[~~PROPOSED~~] ORDER    CV-11-06281